# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156341(71)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SEJASMI INDUSTRIES, INC.,
         Plaintiff/Counterdefendant-
         Appellee,

v

A+ MOLD, INC., doing business as TAKUMI
MANUFACTURING COMPANY,
         Defendant/Cross-Defendant,
and

QUALITY CAVITY, INC.,
         Defendant/Counterplaintiff/Cross-
         Plaintiff/Third-Party Plaintiff-
         Appellant,
and

NKL MANUFACTURING, INC.,
         Third-Party Defendant.
_____/

SC: 156341
COA: 336205
Macomb CC: 2014-004273-CB

On order of the Chief Justice, the motion of the American Mold Builders Association *et al*. to file a brief amicus curiae in support of the motion for reconsideration is GRANTED. The amicus brief submitted on January 11, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2019



Clerk